IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| CYRUS PHYFIER, | ) | |
| | ) | |
|    Petitioner, | ) | |
| | ) | CIVIL ACTION NO. |
|    v. | ) | 2:21cv480-MHT |
| | ) | (WO) |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
|    Respondent. | ) | |

### ORDER

Based on the representations in petitioner's motion for extension of time to file objections (Doc. 22), it is ORDERED that the opinion (Doc. 20) and judgment (Doc. 21) are vacated.

The motion remains pending for resolution by the United States Magistrate Judge.

DONE, this the 2nd day of July, 2024.

                                 /s/ Myron H. Thompson  
                              **UNITED STATES DISTRICT JUDGE**