IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
CYRUS PHYFIER,                    )
                                  )
     Petitioner,                  )
                                  )       CIVIL ACTION NO.
     v.                           )         2:21cv480-MHT
                                  )             (WO)
UNITED STATES OF AMERICA,         )
                                  )
     Respondent.                  )
```

**JUDGMENT**

In accordance with the memorandum opinion entered today, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) Petitioner's objections (Doc. 27) are overruled.

(2) The United States Magistrate Judge's recommendation (Doc. 19) is adopted.

(3) The 28 U.S.C. § 2255 motion (Doc. 1) is denied with prejudice.

It is further ORDERED that costs are taxed against petitioner, for which execution may issue.

**The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.**

**This case is closed.**

**DONE, this the 30th day of August, 2024.**

/s/ Myron H. Thompson
**UNITED STATES DISTRICT JUDGE**