IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
CYRUS PHYFIER,                  )
                                )
    Petitioner,                 )
                                )    CIVIL ACTION NO.
    v.                          )      2:21cv480-MHT
                                )           (WO)
UNITED STATES OF AMERICA,       )
                                )
    Respondent.                 )
```

### ORDER

This cause is now before the court on petitioner's notice of appeal (Doc. 31), which the court is treating as a motion for certificate of appealability.

To obtain a certificate of appealability the prisoner must make a "substantial showing of the denial of a constitutional right."  28 U.S.C. § 2253(c)(2). The court finds that the petitioner has failed to make this showing.

Accordingly, it is ORDERED that petitioner's motion for a certificate of appealability is denied.

DONE, this the 9th day of October, 2024.

                                  /s/ Myron H. Thompson
                                 UNITED STATES DISTRICT JUDGE